IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

BOARD OF MISSISSIPPI LEVEE
COMMISSIONERS                                                                PLAINTIFF

v.                                                            CIVIL ACTION NO.: 4:09CV81-SA-DAS

UNITED STATES ENVIRONMENTAL PROTECTION
AGENCY, LISA P. JACKSON, in her official capacity
as Administrator; and PETER S. SILVA, in his capacity
as Assistant Administrator for Water                                         DEFENDANTS

v.

NATIONAL WILDLIFE FEDERATION,
MISSISSIPPI WILDLIFE FEDERATION,
and ENVIRONMENTAL DEFENSE FUND          INTERVENOR-DEFENDANTS

**ORDER**

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1) the Defendants' Motions for Summary Judgment [38], [41] are GRANTED; and

(2) this case is CLOSED.

All memoranda, depositions, declarations, and other materials considered by the Court in ruling on this motion are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this the 28th day of March, 2011.

/s/ Sharion Aycock
**UNITED STATES DISTRICT JUDGE**